UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLGA C ALEXANDER, | Case No. 20-cv-04563-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| THE CITY OF BRISBANE INC., et al., | Re: Dkt. No. 60 |
| Defendants. | |

Plaintiff Olga C. Alexander's opposition to defendants' motion to dismiss the Second Amended Complaint is due on June 29, 2021. Alexander moves to extend her deadline and defendants do not object. Her motion is GRANTED. An opposition is due by July 13, 2021 and reply by July 20, 2021. The hearing set for July 21, 2021 is rescheduled to August 11, 2021.

**IT IS SO ORDERED.**

Dated: June 24, 2021

William H. Orrick
United States District Judge